**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| EH TECH, INC. d/b/a NATURE'S MARKET,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRESCO LABS, INC, and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-00837-FWS-ADS<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION [17]** |

///
///
///

Having considered and reviewed the Stipulation of Voluntary Dismissal without Prejudice of Entire Action [17] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITHOUT PREJUDICE** in its entirety as to all parties and all claims for relief. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: May 30, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE